DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STATE OF FLORIDA,**
Petitioner,

v.

**JEFTY LAUDE JOSEPH,**
Respondent.

No. 4D17-0463

[October 18, 2017]

Petition for writ of prohibition to the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 2013CF012488BXX.

Pamela Jo Bondi, Attorney General, and Donna M. Perry, Assistant Attorney General, West Palm Beach, for petitioner.

No appearance for respondent.

PER CURIAM.

The petition for writ of prohibition is granted, and the order precluding the State from seeking the death penalty is quashed. *State v. Lopez*, 219 So. 3d 865 (Fla. 4th DCA 2017); *State v. Chapman*, No. 4D17-428, 2017 WL 3727098 (Fla. 4th DCA Aug. 30, 2017).

*Granted.*

WARNER, DAMOORGIAN and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***